# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LARRY TAYLOR** | **CIVIL ACTION** |
| **VERSUS** | **NO: 06-5318** |
| **DIAMOND OFFSHORE DRILLING, INC.** | **SECTION: "S" (1)** |

## ORDER AND REASONS

**IT IS HEREBY ORDERED** that Larry Taylor's motion for a new trial, pursuant to Federal Rule of Civil Procedure 59, is **DENIED**. (Document # 64.) The court has reviewed the trial testimony and arguments and finds no error in the credibility determinations regarding the safety of the procedure of tying the wiper rubber to the diverter housing; and the conclusion that Diamond Offshore Drilling, Inc. was not negligent, and the OCEAN DRAKE was not unseaworthy.

New Orleans, Louisiana, this 25th day of June, 2009.

_____
**MARY ANN VIAL LEMMON
UNITED STATES DISTRICT JUDGE**